**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JOSHUA LAMARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOSHUA LAMARK, | ) | Case No. 2:12-CV-3034 WBS AC |
|---|---|---|
| Plaintiff, | ) ) | REQUEST FOR APPEARANCE BY |
| v. | ) ) | TELEPHONE and (~~PROPOSED~~) ORDER |
| NUREDIN NOORALLAH LAIWALLA, | ) | DATE:  July 29, 2013 |
| MEENA N. LAIWALA, dba ARCO AM/PM | ) | TIME:   2:00 P.M. |
| 82367, and DOES ONE through FIFTY, | ) | CTRM:  5 |
| inclusive, | ) ) | |
| Defendants. | ) | |

  Plaintiff requests that he/she/it be permitted to participate by telephone at the hearing on Defendant's Motion to Stay set for 2:00 p.m. on July 29, 2013.

  Plaintiff's counsel of record is located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to Sacramento, California, to participate in the proceeding in person.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on July 29, 2013, at 2:00 p.m. or such other time as designated by the Court.

              **SINGLETON LAW GROUP**

Dated:     July 16, 2013     /s/ Jason K. Singleton
              Jason K. Singleton, Attorney for Plaintiff,
              **JOSHUA LAMARK**

REQUEST TELEPHONE APPEARANCE, ORDER    1    2:12-CV-3034 WBS AC

# ORDER

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton may appear by telephone on July 29, 2013, at the Motion hearing.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED.

Dated: July 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE