1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

                          ----oo0oo----

11

12  JOSHUA LAMARK,                    NO. CIV. 2:12-3034 WBS AC

13            Plaintiff,             ORDER RE: MOTION TO CONTINUE
                                     HEARING
14       v.

15  NUERDIN NOORALLAH LAIWALLA,
    MEENA N. LAIWALA, dba ARCO
16  AM/PM 82367, and DOES ONE
    through FIFTY, inclusive,
17
              Defendants.
18

19                        ----oo0oo----

20       On July 25, 2013, the court denied defendants' motion to

21  stay this action case and referred the matter to the court's

22  Voluntary Dispute Resolution Program ("VDRP").  (Docket No. 16.)

23  Following the appointment of a VDRP Neutral Attorney (see Notice

24  of Appointment (Docket No. 17)), plaintiff filed a motion for

25  summary judgment.  (See Pl.'s Mot. for Summ. J. (Docket No. 18).)

26  That motion is currently set for hearing on October 7, 2013.

27  (Id.)

28       Defendants now move to continue the hearing to a date after

                                 1

1  the scheduled meeting with the VDRP Neutral Attorney on October

2  17, 2013.  (Defs.' Request for Continuance of Pl.'s Mot. for

3  Summ. J. (Docket No. 20).)  The court has considered the motion,

4  as well as the opposition filed by plaintiff (See Docket No. 22).

5  Experience teaches that VDRP is most effective when both sides

6  agree to it.  That is why it is called the Voluntary Dispute

7  Resolution Program.  Because plaintiff does not appear to be

8  willing to participate in the Program at this time, the court

9  will deny defendants' motion to continue the hearing.

10      IT IS THEREFORE ORDERED that defendants' motion to continue

11  the hearing set for October 7, 2013 be, and the same hereby is,

12  DENIED.

13  Dated:  September 17, 2013

14  _____

15  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2