UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| JOSHUA LAMARK, | NO. CIV. 2:12-3034 WBS AC |
|---|---|
| Plaintiff, | ORDER RE: MOTION TO CONTINUE HEARING |
| v. | |
| NUERDIN NOORALLAH LAIWALLA, MEENA N. LAIWALA, dba ARCO AM/PM 82367, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

----oo0oo----

On July 25, 2013, the court denied defendants' motion to stay this action case and referred the matter to the court's Voluntary Dispute Resolution Program ("VDRP"). (Docket No. 16.) Following the appointment of a VDRP Neutral Attorney (see Notice of Appointment (Docket No. 17)), plaintiff filed a motion for summary judgment. (See Pl.'s Mot. for Summ. J. (Docket No. 18).) That motion is currently set for hearing on October 7, 2013. (Id.)

Defendants now move to continue the hearing to a date after

1

1 | the scheduled meeting with the VDRP Neutral Attorney on October
2 | 17, 2013.  (Defs.' Request for Continuance of Pl.'s Mot. for
3 | Summ. J. (Docket No. 20).)  The court has considered the motion,
4 | as well as the opposition filed by plaintiff (See Docket No. 22).
5 | Experience teaches that VDRP is most effective when <u>both</u> sides
6 | agree to it.  That is why it is called the <u>Voluntary</u> Dispute
7 | Resolution Program.  Because plaintiff does not appear to be
8 | willing to participate in the Program at this time, the court
9 | will deny defendants' motion to continue the hearing.
10 |     IT IS THEREFORE ORDERED that defendants' motion to continue
11 | the hearing set for October 7, 2013 be, and the same hereby is,
12 | DENIED.
13 | Dated:  September 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2