**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JOSHUA LAMARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK,<br><br>    Plaintiff,<br><br>v.<br><br>NUREDIN NOORALLAH LAIWALLA, MEENA N. LAIWALA, dba ARCO AM/PM 82367, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-3034 WBS AC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff **JOSHUA LAMARK** and Defendants **NUREDIN NOORALLAH LAIWALLA, MEENA N. LAIWALA, dba ARCO AM/PM 82367** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties attended mediation and have entered into a Settlement Agreement in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 22, 2013   /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**JOSHUA LAMARK**

Dated: November 19, 2013   /s/ Michael D. Welch
Michael D. Welch, Attorney for Defendants
**NUREDIN NOORALLAH LAIWALLA,**
**MEENA N. LAIWALA, dba ARCO AM/PM 82367**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED that the action <u>LaMark v. Laiwalla, et al.</u>, Case Number 2:12-CV-3034 WBS AC, is hereby dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: November 22, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE