**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JOSHUA LAMARK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK, | Case No. 2:12-CV-3034 WBS AC |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |
| v. | |
| NUREDIN NOORALLAH LAIWALLA, MEENA N. LAIWALA, dba ARCO AM/PM 82367, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **JOSHUA LAMARK** and Defendants **NUREDIN NOORALLAH LAIWALLA, MEENA N. LAIWALA, dba ARCO AM/PM 82367** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties attended mediation and have entered into a Settlement Agreement in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 22, 2013  /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**JOSHUA LAMARK**

Dated: November 19, 2013  /s/ Michael D. Welch
Michael D. Welch, Attorney for Defendants
**NUREDIN NOORALLAH LAIWALLA,**
**MEENA N. LAIWALA, dba ARCO AM/PM 82367**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED that the action LaMark v. Laiwalla, et al., Case Number 2:12-CV-3034 WBS AC, is hereby dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: November 22, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE